1  S. Mark Varney, No. 121129
   **CARROLL, BURDICK & McDONOUGH LLP**
2  Attorneys at Law
   44 Montgomery Street, Suite 400
3  San Francisco, CA 94104
   Telephone: 415.989.5900
4  Facsimile: 415.989.0932
   Email: mvarney@cbmlaw.com
5
   Attorneys for Defendant,
6  Westbrook Technologies, Inc.

7

FILED
2008 MAY 30 P 3:05
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING   ADR

8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

11
12  INTERRA INFORMATION
    TECHNOLOGIES, INC., a California
13  corporation,
14              Plaintiff,
15      v.
16  WESTBROOK TECHNOLOGIES,
    INC., et al.,
17
                Defendant.
18

No. C08 02737 RS

**CERTIFICATION OF INTERESTED PERSONS OR ENTITIES; CORPORATE DISCLOSURE STATEMENT**
[CIVIL L.R. 3-16; FED. R. CIV. P. 7.1]

Complaint Filed: April 30, 2008

19
20      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
21  than the named parties, no person or entity has a financial or other interest as defined in
22  L.R. 3-16(b) to report.
23      Pursuant to Fed. R. Civ. P. 7.1, defendant Westbrook Technologies
24  Incorporated states that it has no parent corporations, and no publicly held company owns
25  10% or more of its stock.
26
27
28

CBM-SF\SF406504.1

CERTIFICATION OF INTERESTED PERSONS OR ENTITIES

1  Dated: May 30, 2008        Respectfully submitted,

2                              CARROLL, BURDICK & McDONOUGH LLP

3

4                              By _____
                                    S. Mark Varney
5                              Attorneys for Defendant
                               Westbrook Technologies, Inc.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CBM-SF\SF406504.1                        -2-

**CERTIFICATION OF INTERESTED PERSONS OR ENTITIES**