NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S)
S. Mark Varney, SB#121129
CARROLL, BURDICK & McDONOUGH LLP
44 Montgomery Street, Suite 400
San Francisco, Calif. 94104
(415) 989-5900

ATTORNEY(S) FOR: WESTBROOK TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| INTERRA INFORMATION TECHNOLOGIES, | CASE NUMBER |
| vs.         Plaintiff, | C08-02737 RS |
| WESTBROOK TECHNOLOGIES, INC., et al., | **PROOF OF SERVICE** |
| Defendants. | |

I, Nicholas Vratari declare:

I am and was on the dates herein mentioned over the age of eighteen years and not a party to the above entitled action.
I am authorized to serve legal process in the State of California.
The following facts are within my personal knowledge. If sworn as a witness I can and will truthfully testify thereto.

I served the following document(s): NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C SECTION 1441 (A) BY DEFENDANT WESTBROOK TECHNOLOGIES, INC.; CERTIFICATION OF INTERESTED PERSONS OR ENTITIES; CORPORATE DISCLOSURE STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES and WELCOME TO THE UNITED STATES DISTRICT COURT (PACKET)

Person or Entity Served: MICHAEL J. IONNOU, ESQ.

Place where service was effected: Ropers, Majeski, Kohn & Bentley
80 North First Street
San Jose, Calif. 95113

Date of Service: May 30, 2008    Time of Service: 3:17PM

Manner of Service:    ( ) Personal Service

( ) Substitute Service: _____

(X) Other: By serving ELLEN LANK, Receptionist

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on May 30, 2008 at San Francisco, California.

NICHOLAS L. VRATARI
Registered Process Server, #280
772 San Francisco County
24th Avenue
San Francisco, Calif. 94121
(415) 305-7784

**PROOF OF SERVICE**