1  S. Mark Varney, No. 121129
   **CARROLL, BURDICK & McDONOUGH LLP**
2  Attorneys at Law
   44 Montgomery Street, Suite 400
3  San Francisco, CA  94104
   Telephone:    415.989.5900
4  Facsimile:    415.989.0932
   Email:        mvarney@cbmlaw.com
5
   Attorneys for Defendant,
6  Westbrook Technologies, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                              San Jose Division

11

12 | INTERRA INFORMATION                      | No. C 08 02737 RS
   | TECHNOLOGIES, INC., a California         |
13 | corporation,                             | **STIPULATED EXTENSION RE TIME TO
   |                                          | RESPOND TO PLAINTIFFS' COMPLAINT**
14 |            Plaintiff,                    |
   |                                          | Complaint Filed:    April 30, 2008
15 |      v.                                  |
16 | WESTBROOK TECHNOLOGIES,                  |
   | INC., et al.,                            |
17 |                                          |
   |            Defendant.                    |
18

19

20         By and through their respective counsel of record, Plaintiff Interra Information

21 Technologies and defendant Westbrook Technologies, Inc. ("Westbrook") stipulate and

22 agree as follows:

23         1.     This action was originally filed in the Superior Court of the State of

24 California, in and for the County of Santa Clara.

25         2.     Westbrook removed the action to this Court on May 30, 2008, making

26 June 6, 2008 the deadline for Westbrook to respond to Plaintiff's Complaint.

27         3.     Pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate that the

28 time in which Westbrook shall answer or otherwise respond to the Complaint is extended

CBM-SF\SF406910.1

**STIPULATED EXTENSION RE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**         **CASE NO. 108CV111578**

1  to July 3, 2008 to allow the parties an opportunity to further pursue their ongoing
2  settlement negotiations. The parties agree that this extension does not alter the date of any
3  event or any deadline already fixed by Court order.

Dated:  June 2, 2008

Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By _____/ s /_____
S. Mark Varney
Attorneys for Defendant
Westbrook Technologies, Inc.

Dated:  June 2, 2008

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

By _____/ s /_____
Michael J. Ioannou
Attorneys for Plaintiff
Interra Information Technologies, Inc.