Michael J. Ioannou (SBN 95208)
Elise R. Vasquez (SBN 201190)
ROPERS, MAJESKI, KOHN & BENTLEY
50 W. San Fernando St., #1400
San Jose, CA  95113
(408) 287-6262
Facsimile:  (408) 918-4501
mioannou@rmkb.com; evasquez@rmkb.com;

Attorneys for Plaintiff
INTERRA INFORMATION TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERRA INFORMATION TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WESTBROOK TECHNOLOGIES, INC., et al.,<br><br>Defendants. | CASE NO.  C 08 02737 RS<br><br>**STIPULATION AND NOTICE OF SETTLEMENT; [PROPOSED] ORDER** |

Plaintiff Interra Information Technologies, Inc. ("Interra") and Defendant Westbrook Technologies, Inc., ("Westbrook") hereby jointly notify the Court that the parties have reached a settlement and have entered into a written settlement agreement.  Accordingly, the parties stipulate and request that the Court enter an order as follows:

1. The parties' settlement agreement requires Westbrook to make payments over time, through December 30, 2008.  The agreement would allow Interra to file a stipulation for entry of judgment if (and only if) Westbrook fails to make a payment.

2. The parties desire that the Court retain jurisdiction over this case until the final

1  settlement payment is made, so that this Court may enter judgment in the event that a payment is
2  not made. If all payments are timely made, Interra will file a dismissal in the first week of
3  January 2009.
4      3.   Accordingly, the parties request that the Court vacate all pending deadlines,
5  including the deadlines for Westbrook to respond to Plaintiff's complaint and all of the deadlines
6  set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines,
7  without dismissing this action. The parties further request that the Court set a case management
8  conference to occur in late January, 2009. (The parties anticipate that the case management
9  conference will be unnecessary if Westbrook makes timely payments and Interra timely files a
10 dismissal in the first week of January 2009.)
11      IT IS SO STIPULATED.

12 Date: July 3, 2008                              ROPERS, MAJESKI, KOHN & BENTLEY

13

14                                               By: /s/
15                                                   MICHAEL J. IOANNOU
                                                     Attorneys for Plaintiff
16                                                   INTERRA INFORMATION
                                                     TECHNOLOGIES, INC.
17
   Date: July 2, 2008                            CARROLL, BURDICK & McDONOUGH
18                                               LLP

19
                                                 By: /s/
20                                                   S. MARK VARNEY
                                                     Attorneys for Defendant WESTBROOK
21                                                   TECHNOLOGIES, INC.

22

23 ////

24 ////

25 ////

26 ////

27 ////

28

RC1/5145299.1/KFW                      - 2 -       STIP. AND NOT. OF SETTLEMENT; [PROP.]
                                                   ORDER – CASE NO. C0802737 RS

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

As the attorney electronically filing this document, I attest that S. Mark Varney has concurred in this filing.

Date: July 3, 2008                                          ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
MICHAEL J. IOANNOU
Attorneys for Plaintiff
INTERRA INFORMATION
TECHNOLOGIES, INC.

**ORDER**

Pursuant to the above stipulation, it is so ordered.

Dated: _____, 2008

_____
**The Honorable Richard Seeborg**
**Magistrate Judge, U.S. District Court, Northern District of California**