**\*E-FILED\***
**July 3, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERRA INFORMATION, TECHNOLOGIES, INC., | No. C 08-02737 RS |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| WESTBROOK TECHNOLOGIES, INC., et al., | |
| Defendants. | |

At the request of the parties and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled matter currently set for September 17, 2008 at 2:30 p.m. is continued to **January 28, 2009 at 2:30 p.m.** All pending deadlines, including the deadline for Westbrook Technologies, Inc. to respond to Plaintiff's complaint, and all deadlines set forth in this Court's Order Setting Initial Case Management Conference are VACATED.

///

///

///

///

Plaintiff shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than July 31, 2008.  The parties shall file a joint Case Management Conference Statement no later than January 21, 2009.

Dated:  July 3, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Michael J. Ioannou    mioannou@ropers.com, knguyen@ropers.com, lverrier@ropers.com, nbatchelder@ropers.com, vcastillo@ropers.com

S. Mark Varney    mvarney@cbmlaw.com, ihernandez@cbmlaw.com

Dated: July 3, 2008

    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

3