MICHAEL J. IOANNOU (SBN 95208)
mioannou@rmkb.com
ELISE R. VASQUEZ (201190)
evasquez@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
50 W. San Fernando St., Suite 1400
San Jose, CA  95113
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501

Attorneys for Plaintiff
INTERRA INFORMATION TECHNOLOGIES, INC.

*E-FILED 1/12/09*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| INTERRA INFORMATION TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WESTBROOK TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO.  C 08 02737 RS<br><br>**Stipulation of Dismissal With Prejudice; [Proposed] Order** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Interra Information Technologies, Inc. and Defendant Westbrook Technologies, Inc. hereby stipulate to the voluntary dismissal of the entire action, with prejudice.  This voluntary dismissal is pursuant to a settlement agreement reached between the parties.

Since this action has now been dismissed as to all parties, the parties request that the Case Management Conference currently scheduled for January 28, 2009 at 2:00 p.m. be taken off calendar.

/////

/////

/////

RC1/5237601.1/NB

- 1 -

**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER - CASE NO. C08-02737 RS**

| | | |
|---|---|---|
| 1 | Dated: January 12, 2009 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | ELISE R. VASQUEZ<br>Attorneys for Plaintiff<br>INTERRA INFORMATION |
| 5 | | TECHNOLOGIES, INC. |
| 6 | Date: January 12, 2009 | CARROLL, BURDICK & McDONOUGH LLP |
| 7 | | |
| 8 | | |
| 9 | | By: /s/<br>S. MARK VARNEY |
| 10 | | Attorneys for Defendant<br>WESTBROOK TECHNOLOGIES, INC. |

      As the attorney electronically filing this document, I attest that S. Mark Varney has concurred in this filing.

| | | |
|---|---|---|
| Dated: January 12, 2009 | | ROPERS, MAJESKI, KOHN & BENTLEY |
| | | By: /s/<br>ELISE R. VASQUEZ<br>Attorneys for Plaintiff<br>INTERRA INFORMATION<br>TECHNOLOGIES, INC. |

## **ORDER**

Pursuant to the above stipulation, IT IS SO ORDERED.

Dated:  January 12 , 2009

_____
**The Honorable Richard Seeborg**
**Magistrate Judge, U.S. District Court, Northern District of California**

RC1/5237601.1/NB     - 2 -

**STIPULATION OF DISMISSAL WITH PREJUDICE ; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER - CASE NO. C08-02737 RS**